UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| CURTIS BARNETTE JOSHUA, | ) | No. ED CV 07-00978-VAP (VBK) |
| Petitioner, | ) ) | ORDER (1) ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF |
| v. | ) ) | THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE |
| DEBRA DEXTER, | ) ) | PETITION FOR WRIT OF HABEAS CORPUS |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. §636, the Court has made a _de novo_ review of the Petition for Writ of Habeas Corpus ("Petition"), Respondent's Motion to Dismiss, Petitioner's Objections to the Motion to Dismiss, the Court's Memorandum and Order issued on February 4, 2008, Respondent's Answer, Petitioner's Motion to Amend Writ of Habeas Corpus, Respondent's Opposition to Petitioner's Motion to Amend Petition, the Court's Memorandum and Order Denying Petitioner's Motion to Amend, Petitioner's Reply, all of the records herein and the Report and Recommendation of the United States Magistrate Judge ("Report").

//

//

//

1     **IT IS ORDERED** that: (1) the Court accepts and adopts the Report
2 and Recommendation, and (2) Judgment be entered dismissing the
3 Petition with prejudice.

5 DATED:   June 23, 2009                                  
                                              VIRGINIA A. PHILLIPS
6                                               UNITED STATES DISTRICT JUDGE