JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CURTIS BARNETTE JOSHUA, | No. ED CV 07-00978-VAP (VBK) |
| Petitioner, | JUDGMENT |
| v. | |
| DEBRA DEXTER, | |
| Respondent. | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: June 23, 2009

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE